UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINEZ, an individual, on behalf of himself, all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>KNIGHT TRANSPORTATION, INC. d/b/a ARIZONA KNIGHT TRANSPORTATION, INC.; and DOES 1 thru 50, inclusive,<br><br>              Defendant. | Case No.  1:16-CV-01730-DAD-SKO<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANT KNIGHT TRANSPORTATION, INC.'S MOTION TO TRANSFER VENUE<br><br>(Doc. No. 11) |

      The court has reviewed and considered the stipulation of the parties to continue the hearing on defendant Knight Transportation, Inc.'s motion to transfer venue.  (Doc. Nos. 8, 11.) Good cause appearing, the hearing on defendant's motion to transfer venue currently scheduled for April 18, 2017, is continued until May 2, 2017, at 9:30 a.m. in Courtroom 5 before District Judge Dale A. Drozd.  The parties are directed to Local Rule 230 concerning when opposition and reply briefs are due to be filed in light of the new hearing date.

IT IS SO ORDERED.

   Dated:  __April 7, 2017__

_____
UNITED STATES DISTRICT JUDGE

1