# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINEZ, an individual, on behalf of himself, all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>KNIGHT TRANSPORTATION, INC. D/B/A ARIZONA KNIGHT TRANSPORTATION, INC.; and DOES 1 thru 50, Inclusive,<br><br>  Defendants. | Case No. 1:16-CV-01730-DAD-SKO<br><br>**ORDER REGARDING NOTICE OF PENDENCY OF CLASS ACTION** |

1. Having considered Plaintiff Robert Martinez ("Plaintiff") and Defendant Knight Transportation ("Defendant") Joint Stipulation to notify Class members of the pendency of this class action pursuant to Fed. R. Civ. P. 23(c)(2)(b), the Court approves the content of the notice attached as **Exhibit A** to the Joint Stipulation.

2. The Court further orders as follows:

  a. The Parties shall further meet and confer regarding a reasonable deadline for Defendant to provide the class list containing the names and last known addresses of the Class members, as defined in the Court's order granting Plaintiffs' motion for class certification. (Dkt. 35). The parties shall update the Court on the status of the class list in the Status Conference Report due on January 31, 2019.

  b. In the event the parties are unable to agree on a reasonable deadline for Defendant to provide the class list, the parties shall agree on a briefing schedule for an order setting the deadline for Defendant to produce the class list.

  c. Within fifteen (15) calendar days of receiving the list of class members names and addresses, Simpluris shall serve by first class mail the Notice to each of the Class members.

  d. The individuals to whom the Notice is sent shall have up to 45 days after mailing of the Notice to postmark their requests to be excluded from the Class should they choose to opt out.

  e. Within five (5) business days following the forty-five (45) day notice period, the notice administrator shall report to both counsel the number of requests for exclusions received. The notice administrator shall provide the names and addresses of those individuals who have requested to be excluded from the Class to counsel for Defendant. Otherwise, as long as they have not objected to the disclosure on an "attorneys' eyes only" basis, the notice administrator shall provide the names and addresses of those individuals who remain in the Class to both counsel.

IT IS SO ORDERED.

Dated: **December 21, 2018**

UNITED STATES DISTRICT JUDGE