**DLA PIPER LLP (US)**
Richard H. Rahm (Bar No. 130728)
richard.rahm@dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:  415.836.2500
Fax: 415.836.2501

Attorneys for Defendant KNIGHT TRANSPORTATION, INC.

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (Bar No. 229832)
cja@ackermanntilajef.com
Sam Vahedi (Bar No. 282660)
sv@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Tel:  310.277.0614
Fax: 310.277.0635

**HAMMONDLAW, P.C.**
Julian Hammond (Bar No. 268489)
jhammond@hammondlawpc.com
1829 Reisterstown Road, Suite 410
Baltimore, MD 21208
Tel:  310.601.6766
Fax: 310.295.2385

Attorneys for Plaintiff ROBERT MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBERT MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KNIGHT TRANSPORTATION, INC. d/b/a ARIZONA KNIGHT TRANSPORTATION, INC., an Arizona corporation,<br><br>Defendant. | NO.  1:16-CV-01730-DAD-SKO<br><br>**STIPULATION AND REQUEST TO CONTINUE DATES IN SCHEDULING ORDER FOR 90 DAYS BASED ON FORTHCOMING NINTH CIRCUIT DECISION** |

- 1 -

**STIPULATION AND REQUEST TO CONTINUE DATES IN SCHEDULING ORDER FOR 90 DAYS BASED ON FORTHCOMING NINTH CIRCUIT DECISION**

Plaintiff Robert Martinez ("Plaintiff") and Defendant Knight Transportation, Inc. ("Defendant") (the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**IT IS HEREBY STIPULATED:**

**WHEREAS,** the Parties engaged in mediation on June 10, 2021, whereby Mark Rudy served as the mediator;

**WHEREAS,** one of Plaintiff's significant claims is that Defendant did not pay for all work class member drivers performed because they were paid by the trip, the compensation for which was based on the approximate mileage between the trip's origin and destination; Defendant also did not separately pay for non-driving time, which Plaintiff contends Defendant was required to do under California Labor Code section 226.2;

**WHEREAS,** Defendant contends the application of the California Supreme Court's decision in *Oman v. Delta Air Lines,* 9 Cal.5th 762 (2020), to the trucking industry means that, regardless of how a driver's compensation for the trip was calculated, if the employee understood his or her compensation resulting from such a calculation would cover all duties in connection with the trip; consequently, even if Defendant did not separately pay for non-driving tasks, it was not required to do so under California's minimum wage law;

**WHEREAS,** on the same day as the Parties' mediation took place, the Ninth Circuit heard oral argument in the appeal of *Ayala v. U.S. Xpress,* Case No. EDCV 16-137-GW-KKx, 2020 WL 3071707 (C.D. Cal. Jun. 9, 2020), a case where the defendant argued *Oman* applied to minimum-wage claims in the trucking industry;

**WHEREAS,** although counsel for both Parties observed oral argument in the *Ayala* case, each Party's counsel had a different interpretation of how the Ninth Circuit would decide the case such that, because of the potential impact on the settlement of the action is so great, the Parties were unable to settle the present action;

**WHEREAS**, based on the Ninth Circuit's website, "most cases are decided within 3 months to a year" (see FAQ No. 18, https://www.ca9.uscourts.gov/content/faq.php);

**WHEREAS**, the Parties current Scheduling Order provides that the Parties will advise the Court of the outcome of the mediation by June 30, 2021, and that discovery must otherwise be completed by August 9, 2021, and that all dispositive pretrial motions must be filed no later than September 15, 2021; and

**WHEREAS**, the Parties believe it would be a waste of judicial and the Parties' resources to be required to file their dispositive pretrial motions before the Ayala appeal is decided.

**NOW, THEREFORE**, in light of the Parties' agreement, the Parties hereby request that all of the dates in the Scheduling Order be continued for 90 days so they may either settle or move for summary judgment based on the outcome of the Ayala appeal.

**IT IS SO STIPULATED.**

Dated: June 21, 2021						ACKERMANN & TILAJEF, P.C.
									HAMMONLAW, P.C.


									*/s/ Sam Vahedi*
									Craig J. Ackermann
									Sam Vahedi
									Julian Hammond
									Attorneys for Plaintiff
									ROBERT MARTINEZ


Dated: June 21, 2021						DLA PIPER LLP


									*/s/ Richard H. Rahm*
									Richard H. Rahm
									Attorneys for Defendant
									KNIGHT TRANSPORTATION, INC.

- 3 -

\

**ELECTRONIC SIGNATURE CERTICATION**

I hereby attest that I have obtained concurrence in the filing of this document from the signatory shown above.

Dated:  June 21, 2021            DLA PIPER LLP

*/s/ Richard H. Rahm*
Richard H. Rahm
Attorneys for Defendant
KNIGHT TRANSPORTATION, INC.

- 4 -

\