1  DLA PIPER LLP
   Richard H. Rahm, Bar No. 130728
2  richard.rahm@dlapiper.com
   555 Mission Street Suite 2400
3  San Francisco, California 94105-2933
   T: +1 415 836 2524
4  F: +1 415 659 7324

5  Attorneys for Defendant KNIGHT
   TRANSPORTATION, INC.
6
   ACKERMANN & TILAJEF, P.C.
7  Craig J. Ackermann, Bar No. 229832
   cja@ackermanntilajef.com
8  Sam Vahedi, Bar No. 282660
   sv@ackermanntilajef.com
9  1180 South Beverly Drive, Suite 610
   Los Angeles, California 90035
10 Telephone:   310.277.0614
   Facsimile:   310.277.0635
11
   JULIAN HAMMOND, Bar No. 268489
12 jhammond@hammondlawpc.com
   HAMMONDLAW, P.C.
13 1829 Reisterstown Road, Suite 410
   Baltimore, MD 21208
14 Telephone:   310.601.6766
   Facsimile:   310.295.2385
15
   Attorneys for Plaintiff ROBERT MARTINEZ and the
16 certified class

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROBERT MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., d/b/a ARIZONA KNIGHT TRANSPORTATION, INC., an Arizona corporation,<br><br>Defendant. | Case No.  1:16-CV-01730-DAD-SKO<br><br>**ORDER VACATING OUTSTANDING DATES AND DEADLINES AFTER SETTLEMENT**<br><br>(Doc. 68)<br><br>Courtroom:   5, 7th Floor<br>Judge:        Hon. Dale A. Drozd<br>Magistrate:   Hon. Sheila K. Oberto<br><br>Removal Filed:  November 14, 2016 |

- 1 -

ORDER VACATING DATES AND DEADLINES

**ORDER**

On October 11, 2021, the parties filed a Joint Notice of Settlement and Stipulation to Vacate Dates and Deadlines, indicating that the parties have settled the matter and requesting that all outstanding dates and deadlines in this matter be vacated. Accordingly, IT IS HEREBY ORDERED that, **by no later than November 10, 2021,** the parties shall file their motion for preliminary approval of the class action settlement. All other deadlines and hearings are VACATED. **Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.**

IT IS SO ORDERED.

Dated:   **October 13, 2021**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE