1  Richard Rahm (Bar No. CA-130728)
   richard.rahm@dlapiper.com
2  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
3  San Francisco, California 94105-2933
   Telephone:  415.836.2500
4  Facsimile:   415.836.2501

5  Vani Parti (Bar No. CA-308468)
   vani.parti@dlapiper.com
6  **DLA PIPER LLP (US)**
   4365 Executive Drive, Suite 1100
7  San Diego, California 92121-2133
   Telephone:  858.677.1400
8  Facsimile:   858.677.1401

9  *Attorneys for Defendant*
   KNIGHT TRANSPORTATION, INC.
10

11              **UNITED STATES DISTRICT COURT**

12        **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

13

| | |
|---|---|
| ROBERT MARTINEZ, an individual, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC. d/b/a ARIZONA KNIGHT TRANSPORTATION, INC.; and DOES 1 thru 50, inclusive,<br><br>Defendants. | Case No.  1:16-CV-01730-SKO<br><br>(Assigned to Hon. Sheila Oberto)<br><br>**ORDER GRANTING DEFENDANT KNIGHT TRANSPORTATION, INC.'S UNOPPOSED *EX PARTE* APPLICATION FOR CONTINUING THE NOTICE MAIL DATE AND RELATED DEADLINES IN THE PRELIMINARY APPROVAL ORDER**<br><br>**(Doc. 85)**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom:  7, 6th Floor<br><br>Removal Filed: November 14, 2016 |

Defendant Knight Transportation Inc. ("Knight") has applied to this Court on an *ex parte* basis seeking an order continuing certain deadlines in the parties' Stipulation of Class and PAGA Representative Action Settlement and Release (the "Settlement Agreement") and the Court's Order Granting Preliminary Approval of Class Action Settlement and Conditional Certification of Settlement Class (the "Preliminary Approval Order").[1] (Doc. 80-2; Doc. 84.)  Defendant Knight indicates this *Ex Parte* Application is unopposed.  (*See, e.g.*, Doc. 85 at 1–2; Doc. 85-1 at 2.)

Good Cause appearing, the Court **GRANTS** Knight's *Ex Parte* Application and amends the implementation schedule in the Court's Preliminary Approval Order (Doc. 84 at 28-30), which will incorporate the following new Notice mailing date and related deadlines into the Court's Preliminary Approval Order:

| Event | Event Date |
|---|---|
| Deadline for the Settlement Administrator to send a Notice Packet to each Class Member | May 26, 2023 |
| Deadline to file a Claim Form, Opt-Out Letter, objection to the Settlement, or a dispute related to the stated number of calendar weeks worked during the Settlement Class Period | 60 days after the initial mailing of the Notice Packet (the "Response Deadline"), i.e. July 25, 2023 |
| Deadline for Settlement Administrator to provide counsel with a report listing the number of Class Members and PAGA Claim Members who received Notice, the number of Settlement Class Members and PAGA Claim Members, the number of Participating Class Members, the number and names of those Class Members who submitted opt-out notices, the total amount | 7 days after the Response Deadline, i.e. August 1, 2023 |

---

[1] Capitalized terms used herein shall have the meaning ascribed to them in the Settlement Agreement (Doc. 80-2), unless otherwise defined.

| of all Individual Settlement Payments to be made to Settlement Class Members, the total amount of all Individual PAGA Claim Payments to be made to the PAGA Claim Members, and the average and maximum Individual Settlement Payments and Individual PAGA Claim Payments | |
|---|---|

IT IS SO ORDERED.

Dated:  **April 26, 2023**                    /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE